WICKHAM HAVENS, INCORPORATED, PLAINTIFF-APPEL-LANT, v. MARTIN HAAS ET AL., DEFENDANTS-RE-SPONDENTS.

Decided December 13, 1929.

Before Justices TRENCHARD, LLOYD and CASE.

For the appellant, *Howe & Davis*.

For the respondents, *Michael T. & Hugh C. Barrett*.

PER CURIAM.

The plaintiff-appellant applies for costs on reversal because of an error in the trial court.

It seems plain that costs should not be awarded, since the reversal leaves the parties where they stood before, and since there must be a new trial, which, for purposes of clarity, is now awarded.

The application for costs is denied. Costs will abide the event of the suit.